UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES SPINA,

                 Petitioner,

v.                                                              23 **CIVIL** 5885 (KMK)

                                                                         **JUDGMENT**

UNITED STATES OF AMERICA,

                 Respondent.
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                 23 **CR** 625 (KMK)

v.

JAMES SPINA,

                 Defendant.
-----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 18, 2024, the Petition is dismissed with prejudice. Judgment is entered for Respondent in Case No. 23-CV-5885. Furthermore, the Court finds that Petitioner has not made a substantial showing of a denial of a federal right, and that appellate review is therefore not warranted, see Tankleff v. Senkowski, 135 F.3d 235, 241 (2d Cir. 1998); and, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal taken from the order would not be in good faith, see Coppedge v. United States, 369 U.S. 438, 445 (1962); accordingly, case 23cv5885 is closed.

**Dated:**  New York, New York
           November 19, 2024

                                                                **DANIEL ORTIZ**
                                                             **Acting Clerk of Court**

                                    **BY:**      *K. Mango*

                                                                 **Deputy Clerk**